UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MENDEZ-BAROCIO,<br><br>  Plaintiff,<br><br>  v.<br><br>WILLIAM BARR, et al.,<br><br>  Defendants. | Case No. 20-cv-03558-EJD (PR)<br><br>**JUDICIAL REFERRAL FOR THE PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable Vince Chhabria for consideration of whether the case is related to Angel de Jesus Zepeda-Rivas, et al., v. David Jennings, et al., Case No. 3:20-cv-02731-VC.

**IT IS SO ORDERED.**

Dated: 6/1/2020

EDWARD J. DAVILA
United States District Judge